# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

---

## MINUTES OF PROCEEDINGS--CIVIL

---

Hartford Fire Insurance Company*,*

               Plaintiff,

               vs.

Rheem Manufacturing Company*,*

               Defendant.

DATE: January 14, 2025

CASE NO. 24-cv-01387

JUDGE  BRIDGET MEEHAN BRENNAN

MAGISTRATE JUDGE JONATHAN D. GREENBERG

COURT REPORTER: C. BLAIR

---

Plaintiff:
Heather Pummer

Defendant:
Lisa Ricca

Counsel for Plaintiff::
C. Zachary Ransel

Counsel for Defendants:
James M. Popson

---

PROCEEDINGS: An in-person mediation conference was held on January 14, 2025, with the above-listed parties. The parties reached an agreement. Notice of Dismissal with Prejudice must be filed by **February 24, 2025.** The Court shall retain jurisdiction to enforce the terms of the settlement agreement. Any filing of the transcript shall be made under seal.

---

 6 hours
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge